IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                              No. 4:22CR00224 JM

JAMES DIANTE MILLER

### FINAL ORDER OF FORFEITURE

Before the Court is the United States' motion for final order of forfeiture (Doc. 66). On February 1, 2024, this Court entered a Preliminary Order of Forfeiture, ordering Defendant to forfeit his interest in:

A. a Glock, model 22, .40 caliber pistol bearing serial number DNF989; and

B. one or more rounds of .40 caliber ammunition and any firearm accessories seized in this case on or about July 19, 2022.

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and the United States' intent to dispose of the property subject to forfeiture in accordance with the law as specified in the Preliminary Order. *See* Advertisement Certification (Doc. 66-1). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on February 5, 2024, and ending on March 5, 2024. Further, the United States also made reasonable efforts to identify and give direct notice of this forfeiture to all persons who reasonably appear to have standing to contest this forfeiture in an ancillary proceeding. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now, the United States petitions the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks this Court to

authorize the United States to dispose of the property according to law.

The property subject to forfeiture is forfeited. The United States now has all right, title, and interest in the property. Any prior claims in and against the property subject to forfeiture are extinguished and declared void. The property shall be turned over to the United States and disposed of according to law. The Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

IT IS SO ORDERED this 2nd day of May, 2024.

_____
HON. JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE